IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CR-00059-D-3

**United States of America**,

v.

**Cheri Boyette**,

        Defendant.

**Order**

Defendant Cheri Boyette's Conditions of Release are modified as follows:

1. Boyette may be reside in and travel in the Middle District of North Carolina in connection with the in-patient treatment program provided by the Durham Rescue Mission.

2. Boyette must abide by all conditions of that program.

3. In order to facilitate her treatment, Boyette will no longer be subject to home detention. Instead, she will be subject to a curfew as directed by the United States Probation Office.

4. If, for any reason, Boyette stops participating in the Durham Rescue Mission's treatment program, she must notify her Supervising Officer of that fact no later than 24 hours after she stops participating.

All other conditions set out in the order setting Boyette's condition of release remain in effect.

Dated: October 31, 2023

*Robert T. Numbers II*
_____
Robert T. Numbers, II
United States Magistrate Judge